IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:23-00164-KD-N |
| | ) |
| **EDWARD RAY ANTOINE, JR.,** | ) |
|     **Defendant.** | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, **EDWARD RAY ANTOINE, JR.**, by consent (Doc. 53), appeared along with his counsel of record, T. Jefferson Deen, Esq., before the undersigned Magistrate Judge on April 23, 2024, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Counts One and Four of the Indictment (Doc. 1) charging violations of Title 21, United States Code, Section 846 (Conspiracy to Possess with Intent to Distribute Controlled Substances) and Title 21, United States Code, Section 841(a)(1) (Possession with Intent to Distribute Controlled Substance), respectively.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offenses charged in the Indictment are supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **EDWARD RAY ANTOINE, JR.**, be adjudged guilty and have sentence imposed

accordingly. Defendant's sentencing hearing before District Judge Kristi K. DuBose is set for **October 18, 2024, at 9:00 a.m. (Central Time)**, pending the adoption of this Report and Recommendation.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

**DONE** this the 24th day of April 2024.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**