# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO: 23-CR-00164-KD |
| EDWARD RAY ANTOINE, JR., | : |
| Defendant. | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Katherine P. Nelson (doc. 71) and without any objection having been filed by the parties, the plea of guilty of Defendant EDWARD RAY ANTOINE, JR. to Counts One and Four of the Indictment is now accepted and the Defendant is adjudged guilty of such offenses.

A sentencing hearing has been scheduled for **October 18, 2024 at 9:00 a.m. in Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

**DONE and ORDERED** this the 10th day of May 2024.

s/Kristi  K. DuBOSE
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE